| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | KRISTY CARDINAL, an individual, | Case No. CV 10-2036 SBA |
| 12 | Plaintiff, | |
| 13 | | Assigned to: Hon. Saundra Brown Armstrong |
| 14 | vs. | **ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS** |
| 15 | MCKESSON CORPORATION; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC., BERLEX LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; and DOES 1-10, inclusive, | |
| 19 | Defendants. | |

---

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION
PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS -- CASE NO. CV 10-2036 SBA

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

1  The Court, having fully considered the papers jointly submitted by the parties in
2  connection with the Joint Motion for Administrative Relief To Stay Action Pending Transfer to
3  Multidistrict Proceedings, and good cause appearing, HEREBY ORDERS that the above-
4  captioned case is STAYED pending transfer to MDL No. 2100.

**IT IS SO ORDERED.**

Dated: _6/3/10                                      _____
                                                    HON. SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, California 94111

- 2 -

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION
PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS -- CASE NO. CV 10-2036 SBA